| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Agent: Darrald Martin | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Bryan Oswaldo SANCHEZ-ORTIZ

Case: 2:25−mj−30709
Assigned To : Unassigned
Assign. Date : 11/19/2025
Description: CMP USA v Sanchez−Ortiz (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a) | Assaulting, Resisting, or Impeding Certain Officers While Engaged in Performance of Official Duties |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Darrald Martin, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 19, 2025

_Judge's signature_

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Darrald Martin, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since August 2010. Currently, I am assigned to the Detroit Sector Intelligence Unit (IU). The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Bryan Oswaldo SANCHEZ-ORTIZ, which reveals the following:

2. SANCHEZ-ORTIZ is a thirty-two-year-old male, native and citizen of Ecuador, who last entered the United States at El Paso, TX on November 30, 2022. Due to lack of detention capacity, SANCHEZ-ORTIZ was issued a Notice to Appear in Immigration Court and paroled into the United States.

3. On or about September 16, 2023, SANCHEZ-ORTIZ was arrested in California for Inflict Corporal Injury Spouse/Cohabitant. There is no disposition for this case.

4. On or about December 31, 2023, SANCHEZ-ORTIZ was arrested in New Jersey for Obstruct the Administration of Law and Resisting Arrest for which an arrest warrant was issued on October 10, 2024.

5. On or about March 26, 2024, SANCHEZ-ORTIZ was ordered removed from the United States by an Immigration Judge.

6. On May 9, 2025, SANCHEZ-Ortiz was named in a police report in Detroit, Michigan where the victim, Ruddy SUAREZ-ULLOA, alleged that SANCHEZ-ORTIZ physically abused her. Detroit Enforcement and Removal Operations (ERO) attempted to apprehend SANCHEZ-ORTIZ at his residence. SANCHEZ-ORTIZ absconded in a vehicle and ERO did not pursue.

7. On November 17, 2025, Border Patrol Agent Sandor Vigh responded to a request from the Huntington Woods Police Department for assistance in identifying two subjects that were detained on a traffic stop for Speeding,

      Operating License Denied or Never Applied and no Proof of Insurance.

8. BPA Vigh identified the driver as Ruddy SUAREZ-ULLOA, a citizen of Ecuador with legal status in the United States. BPA Vigh questioned the second subject, later identified as SANCHEZ-ORTIZ, who provided BPA Vigh with an International Driver's License in the name Franco FLORES-ORTIZ (DOB: 10/XX/1991). The International Driver's License displayed a true photo of SANCHEZ-ORTIZ. BPA Vigh's supervisor conducted database check, and the name FLORES-ORTIZ was listed as an alias of SANCHEZ-ORTIZ.

9. During the arrest, SANCHEZ-ORTIZ attempted to flee from BPA Vigh and the Huntington Woods Police Officers by running eastbound on Coolidge Highway.  He was eventually subdued by BPA Vigh and the police officers at the scene. SANCHEZ-ORTIZ then attempted to resist arrest by pulling his arms and elbows close to his chest to prevent handcuffing. Eventually he was restrained and handcuffed.

10. Both subjects were then escorted in the back of a marked Border Patrol vehicle for transport to Detroit Border Patrol Station.

11. Approximately five minutes into the transport, BPA Vigh heard a faint voice coming from the rear of the vehicle, which appeared to be from a cellular phone. Both subjects were observed responding to the voice. BPA Vigh pulled the car over on a side street and opened the rear door of the passenger side, where SUAREZ-ULLOA was seated, and asked if they had a phone. Both subjects denied having a phone, and BPA Vigh did not see one during his search. SANCHEZ-ORTIZ became agitated, yelling and cursing in Spanish, and subsequently headbutted the plexiglass partition between the front and rear of the vehicle.

12. BPA Vigh resumed transport, but the faint voice was heard again, and the subjects appeared to be communicating with someone on a cellular phone. BPA Vigh stopped the vehicle again at the intersection of Roanoke Avenue and Woodside Drive in Oak Park, MI, to investigate further. Before BPA Vigh stopped the vehicle, it is believed that SUAREZ-ULLOA assisted SANCHEZ-ORTIZ with removing his seatbelt, as she was handcuffed in front of her body. Upon opening the rear driver's side door, SANCHEZ-ORTIZ kicked the door outward and attempted to push past BPA Vigh. SANCHEZ-ORTIZ struck BPA Vigh in the chest with his shoulder in an

attempt to flee. BPA Vigh restrained SANCHEZ-ORTIZ by grabbing his shirt.  At this point, SUAREZ-ULLOA moved closer, wrapped her legs around BPA Vigh's waist, and grabbed BPA Vigh's collar. She then placed BPA Vigh in a headlock and attempted to pull him into the rear of the vehicle.  At the same time, she yelled in Spanish for SANCHEZ-ORTIZ to run. BPA Vigh speaks the Spanish language and was able to understand SUAREZ-ULLOA. During the struggle, SANCHEZ-ORTIZ broke free from BPA Vigh and fled southbound on Roanoke Avenue. SUAREZ-ULLOA continued to resist BPA Vigh and attempt to exit the vehicle. BPA Vigh deployed his Electronic Control Weapon (ECW), striking SUAREZ-ULLOA in the abdomen. She collapsed onto the roadway, at which point BPA Vigh re-holstered his ECW, secured SUAREZ-ULLOA, and placed her back into the vehicle. Agents recovered an Apple Watch from the scene which SUAREZ-ULLOA claims was worn by SANCHEZ-ORTIZ and believed to be the method SANCHEZ-ORTIZ and SUAREZ-ULLOA used to communicate with a third party while detained in the back of the Border Patrol vehicle. SANCHEZ-ORTIZ absconded from the scene.

13. Based on the above information, I believe there is probable cause I believe there is probable cause to conclude that SANCHEZ-ORTIZ did forcibly assault, resist, oppose, impede and interfere with BPA Vigh while he was engaged in or on account of the performance of his official duties as a Border Patrol Agent, and did have physical contact with BPA Vigh, all in violation of Title 18, United States Code, Section 111(a).

_____
Darrald Martin, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

November 19, 2025